UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**ANTONE BESSY and**
**KANASHA WOODS,**

on behalf of themselves and
all others similarly situated,

     Plaintiffs,

     v.                                          Case No.  17CV34

**PER MAR SECURITY AND RESEARCH CORP.**

     Defendant.

## PARTIES' JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Pursuant to 29 U.S.C. §216(c) and Rule 23(e) of the Federal Rules of Civil Procedure; which respectively prohibit private settlements of FLSA claims and require court approval for class settlements, the parties hereby jointly move this Court for an Order granting final approval to the FLSA collective and Rule 23 class action settlements of this matter. This motion is supported by the attached memorandum of law, declaration and supporting exhibits, and on the entire record herein.

     Dated:  May 15, 2019.

                                                 By:    /s/Yingtao Ho_____
                                                          Yingtao Ho (SBN 1045418)
                                                          Attorney for Plaintiffs
                                                          The Previant Law Firm S.C.
                                                          310 West Wisconsin Ave. Suite 100MW
                                                          Milwaukee, WI  53202
                                                          414-271-4500 (Telephone)
                                                          414-271-6308 (Fax)
                                                          Email: yh@previant.com

s/ Alan E. Seneczko
Alan E. Seneczko, State Bar No. 1003523
Attorney for Defendant
Wessels Sherman Joerg Liszka Laverty Seneczko P.C
1860 Executive Drive, Suite E-1
Oconomowoc, Wisconsin 53066
Email:  alseneczko@wesselssherman.com
Phone:  (262) 560-9696
Fax:  (262) 560-9677