# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**ANTONE BESSY and**
**KANASHA WOODS,**

on behalf of themselves and
all others similarly situated,

    Plaintiffs,

    v.                                               Case No. 17CV34

**PER MAR SECURITY AND RESEARCH CORP.**

    Defendant.

## CLASS COUNSEL'S FEE PETITION

The Previant Law Firm S.C. hereby petitions the Court to award it attorneys' fees and costs of $34,000, to be paid out of the settlement between the parties in the above captioned case. This fee petition is supported by the attached memorandum of law, the Declaration of Yingtao Ho, and portions of the record cited therein.

Dated this 15th day of May, 2019.

                                      By:    /s/Yingtao Ho
                                                    Yingtao Ho (SBN 1045418)
                                                    Attorney for Plaintiffs
                                                    The Previant Law Firm S.C.
                                                    310 West Wisconsin Ave. Suite 100MW
                                                     Milwaukee, WI  53202
                                                     414-271-4500 (Telephone)
                                                     414-271-6308 (Fax)
                                                     Email: yh@previant.com